IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DANNY BENNETT, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00359-TES-CHW |
| | * |
| UNKNOWN, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 24, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 24th day of February, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk